# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
JAN 24 2012
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TSAIKUWN ALDAGO HAIRSTON ) | Case No: 4:08CR00022-001 |
| ) | USM No: 12293-084 |
| Date of Previous Judgment: 02/01/2010 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: _____ Amended Offense Level: _____
Criminal History Category: _____ Criminal History Category: _____
Previous Guideline Range: _____ to _____ months Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS
Guideline computations are based on 288 kilograms of cocaine powder; therefore, Defendant is ineligible for a reduction under Amendment 750. Additionally, Defendant's Motion to Appoint Counsel and Motion for a Hearing [ECF No. 179] are both DENIED.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/24/2012

/s/ Judge's signature

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*